# Order

Michigan Supreme Court
Lansing, Michigan

August 5, 2011

143425

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re GENTRY, Minors.

SC: 143425
COA: 301056
Oakland CC Family Division:
08-753007-NA

_____/

On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2011

Clerk

y0802